UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-348-FDW-DSC

| | |
|---|---|
| REGINA BOSTON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>CREDIT MANAGEMENT LP, )<br>)<br>Defendants. )<br>)  | **ORDER** |

**THIS MATTER** is before the Court its July 12, 2017, Order requiring Plaintiff to pay the filing fee. (Doc. No. 3).

Plaintiff filed a complaint on June 26, 2017, seeking damages against Credit Management LP for violating the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681, *et seq*. She filed a motion to proceed *in forma pauperis.* The Court denied the motion because Plaintiff's extensive litigation history had resulted in an Order that she "may not file any more of these types of lawsuits *in forma pauperis*, but must pay the full filing fee in any case in which she sues a debt collection agency under the FCRA for pulling her credit report." (3:12-cv-681-GCM, Doc. No. 20); Boston v. Diverse Funding Assoc., Inc., 539 Fed. Appx. 292 (4th Cir. 2013).

On July 12, 2017, the Court issued an Order requiring Plaintiff to pay the filing fee within 20 days. (Doc. No. 3). She was specifically cautioned that failure to comply would result in this action's dismissal. (Id.). She has failed to pay the filing fee to date and the deadline to do so has expired. Therefore, this action is dismissed without prejudice. See generally Fed. R. Civ. P. 41(b); 28 U.S.C. § 1915.

1

**IT IS, THEREFORE, ORDERED that:**

(1) <u>This action is dismissed without prejudice for Plaintiff's failure to pay the filing fee as required by this Court's July 12, 2017, Order</u>.

(2) The Clerk of this Court is directed to terminate this action.

Signed: October 4, 2017

Frank D. Whitney
Chief United States District Judge